# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

| | |
|---|---|
| Denise Kolhoff, | **COURT MINUTES** |
| Plaintiff, | BEFORE: John R. Tunheim<br>U.S. District Judge |
| v. | Case No: 08-5780 (JRT/FLN) |
| Chad Fuchs and Brandy Steberg, | Date: June 1, 2010 |
| | Deputy: Holly McLelland |
| Defendants. | Court Reporter: Kristine Mousseau |
| | Time Commenced: 9:55 am |
| | Time Concluded: 10:25 pm |
| | Time in Court: 30 Minutes |

APPEARANCES:

    Plaintiff:    Jeffrey Storms, Robert Bennett
    Defendant:    Timothy Skarda

Hearing on:

Plaintiff's Motion In Limine [Docket No. 22] -
Granted as to exclusion of award and commendation evidence.

Defendant's Motion in Limine [Docket No. 33] -
Granted in part, denied in part, and stayed in part.
Granted as to evidence regarding Fuchs' soccer career.
Granted as to evidence of prior lawsuits filed against defendants.
Denied as moot as to introduction of evidence or testimony regarding the MPD Internal Affairs investigation.
Stayed as to motion to exclude trial testimony of defendants' use-of-force expert, Scott Bechtold.

Plaintiff's Motion in Limine [Docket No. 39] - Granted as to exclusion of two felony drug convictions and prior drug use.

Plaintiff's Motion to Exclude Improper Medical Argument [Docket No. 56] - Granted

                                                                                                            s/Holly McLelland
                                                                                                                Calendar Clerk