UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED JUN 7 2010 CLERK U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

DENISE KOLHOFF,

    Plaintiff,

v.

CHAD FUCHS,

    Defendant.

Civil No. 08-5780 (JRT/FLN)

**SPECIAL VERDICT**

We, the Jury in this case, make these answers to the following questions:

**Question 1**: On plaintiff's excessive force claim against defendant Chad Fuchs, as submitted in Instruction Number 13, we find in favor of

_____Defendant_____
(INSERT PLAINTIFF OR DEFENDANT.)

IF YOU ANSWERED "PLAINTIFF" TO QUESTION 1, PLEASE PROCEED TO QUESTION 2.

IF YOU ANSWERED "DEFENDANT" TO QUESTION 1, HAVE YOUR FOREPERSON SIGN AND DATE THIS FORM BECAUSE YOU HAVE COMPLETED YOUR DELIBERATIONS.

SCANNED JUN 0 7 2010 U.S. DISTRICT COURT MPLS

FILED 6/7/10
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK__HM__

**Question 2: Actual Damages** – If you found for plaintiff in the above question, you must determine plaintiff's damages. Based on the standards set forth in Instruction Numbers 14 and 15 please write the amount of damages to which you have found plaintiff is entitled.

$ _____
(state the amount, or if you find that
plaintiff's damages do not have
a monetary value, write in
the nominal amount of
One Dollar [$1.00])

**PLEASE PROCEED TO QUESTION 3.**

**Question 3: Punitive Damages** – If you have decided to award punitive damages against defendant Chad Fuchs, please write the amount below. Guidelines for determining punitive damages are found in Instruction Number 16.

$ _____
(state the amount, or if none,
write the word "none")

**YOU HAVE COMPLETED YOUR DELIBERATIONS. PLEASE HAVE THE FOREPERSON SIGN AND DATE THIS FORM BELOW.**

_Jeanna Zimmerman_      _June 3, 2010_
FOREPERSON'S SIGNATURE     DATE